# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Center for Biological Diversity ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:23-cv-00058 |
| Interior Sec. Deb Haaland; Dir. Martha Williams ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center for Biological Diversity .

Date: 10/04/2023

/s/ Perrin W. de Jong
*Attorney's signature*

Perrin W. de Jong, NC Bar No. 42773
*Printed name and bar number*

P.O. Box 6414
Asheville, NC 28816

*Address*

perrin@biologicaldiversity.org
*E-mail address*

(828) 252-4646
*Telephone number*

(888) 537-4289
*FAX number*