IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-cv-00058-BO-BM

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY | )<br>)<br>)<br>)<br>) **NOTICE OF SPECIAL APPEARANCE** |
| v. | )<br>) |
| DEB HAALAND, Secretary of the Interior; and MARTHA WILLIAMS, Director of U.S. Fish and Wildlife Service | )<br>)<br>) |

Please take notice that the undersigned Collette L. Adkins hereby enters a notice of special appearance as attorney for Plaintiff Center for Biological Diversity in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Perrin W. de Jong.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/Collette L. Adkins
Collette L. Adkins
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org
MN Bar. No. 035059X
Attorney for Plaintiff

/s/Perrin W. de Jong
Perrin W. de Jong
Center for Biological Diversity
P.O. Box 6414
Asheville, NC 28816

(828) 252-4646  
perrin@biologicaldiversity.org  
NC Bar. No. 42773  
Local Civil Rule 83.1(d) Attorney for Plaintiff