# NOTE TO REVIEWERS

ACTION:  Response to an Emergency Petition to Revise the Red Wolf's 10(j) Rule

STAFF ORIGINATOR:  Emily Weller        SUPERVISOR:  John Tirpak

IS THE ACTION LITIGATION DRIVEN?     No
IF SO, WHO SUED US AND WHEN?   N/A
ANY COURT-ORDERED DEADLINES?    N/A

ACTION REQUESTED:

   SIGNATURE___X_____          REVIEW AND COMMENT_____
   SURNAME _____            FYI ONLY_____

**VERY BRIEF**   BACKGROUND ON ISSUE/ACTION:
In 2016, Animal Welfare Institute, Center for Biological Diversity (CBD), Endangered Species Coalition, South Florida Wildlands Association, Wildearth Guardians, Wildlands Network, and Wolf Conservation Center sent the Service an emergency petition to revise the red wolf's 10(j) rule. The petition requests that we revise the current red wolf regulations under Section 10(j) of the Endangered Species Act in order to reintroduce the red wolf to additional areas, reclassify all reintroduced populations of red wolves as "essential" experimental populations, and reduce shooting deaths. The Red Wolf Recovery Program became aware of the petition after conducting a search for records responsive to a recent FOIA request from CBD and failing to locate any responsive documents. CBD was also unable to confirm receipt of an acknowledgement from the Service. On October 17, 2022, CBD requested a response to the 2016 petition. In the response letter we deny the petition based on changes that have occurred on the landscape since the petition was submitted.


HAVE APPROPRIATE SERVICE PROGRAMS REVIEWED AND SURNAMED?
Yes – SOL, DARD, RD

                        Contact:  John Tirpak
                     Telephone:  404-679-7311
                           Date:  11/17/2022