FWS000167

# Re: Response letter to 2016 RW petition

**Tirpak, John <John_Tirpak@fws.gov>**
Mon 11/28/2022 8:53 AM

To: Weller, Emily <emily_weller@fws.gov>
Cc: Kelso, LeeAnn <leeann_kelso@fws.gov>; Phillips, Catherine <catherine_phillips@fws.gov>; Speights, Helen H <helen.speights@sol.doi.gov>

📎 3 attachments (674 KB)
Emergency Petition to Protect the Red Wolf_5 24 2016.pdf; 20221117_letter_2016 10j petition - jmt.docx; 20221117_NTR_2016 10(j) petition - jmt.docx;

Some minor edits in attached letter (track changes) that are also reflected in NTR (non-track changes). Let me know if you want to discuss anything. I tried to document my thinking re: changes in comment bubbles in the attached.

-John

John Tirpak, PhD
Deputy Assistant Regional Director, Ecological Services
South Atlantic-Gulf and Mississippi Basin
U.S. Fish and Wildlife Service
Department of the Interior
1875 Century Boulevard
Atlanta, GA 30345
404-679-7311 (office)
601-630-7010 (mobile)

---

**From:** Weller, Emily <emily_weller@fws.gov>
**Sent:** Thursday, November 17, 2022 12:47 PM
**To:** Tirpak, John <John_Tirpak@fws.gov>
**Cc:** Kelso, LeeAnn <leeann_kelso@fws.gov>
**Subject:** Response letter to 2016 RW petition

Hello. Please find attached a petition response letter to the 2016 emergency petition to revise the red wolf 10(j) rule. Helen helped draft the response. She asked that John review first, then she would like to run it through her chain. I've also prepared a NTR. My understanding is that this will go to Martha for signature. Leo also anticipated Martha and Shannon/Matt wanting to be briefed. I don't know if that's something that needs to be done/scheduled through a formal briefing, or if that's something that can be done on a call. Let me know if I need to prepare anything else, but this particular action doesn't seem to fit well in an IM.

CBD requested a response within 30 days. Which is today. I emailed them with an update that a response is currently under review and forthcoming.

Thanks,
Em

Emily Bizwell Weller

FWS000168

Coordinator
Red Wolf Recovery Program
U.S. Fish and Wildlife Service
200 Dulles Drive
Lafayette, LA 70506
337-291-3090
emily_weller@fws.gov