IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG BURGUM, Secretary of the Interior; and PAUL SOUZA, exercising the delegated authority of the Director of U.S. Fish and Wildlife Service,<br><br>    Defendants. | No. 2:23-CV-00058-M-BM<br><br><br>**NOTICE OF CHANGE OF ATTORNEY AFFILIATION AND CONTACT INFORMATION** |

Please take notice of the change of organizational affiliation and contact information for attorney Perrin W. de Jong, who serves as local counsel for Plaintiff Center for Biological Diversity. As of 5:00 p.m. today, August 22, 2025, Mr. de Jong will no longer be employed by the Plaintiff. However, Mr. de Jong will remain on as Plaintiff's local counsel in this matter. While Mr. de Jong's mailing address and phone number remain the same, his email address will now be perrin@fastmail.com. These affiliation and contact information changes have already been submitted for Mr. de Jong via the E.D.N.C.'s ECF system. Additionally, Collette Adkins will remain Plaintiff's attorney of record in this matter, and Plaintiff's counsel Andrea Zaccardi has submitted an application via post mail to be admitted as an attorney of record in this matter.

DATED: August 22, 2025

Respectfully submitted,

*/s/ Perrin W. de Jong*
Perrin W. de Jong (NC Bar No. 42773)
P.O. Box 6414
Asheville, NC 28816

1
Case 2:23-cv-00058-M-BM    Document 40    Filed 08/22/25    Page 1 of 3

(828) 252-4646
perrin@fastmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF ATTORNEY AFFILIATION AND CONTACT INFORMATION** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel for Defendants.

/s/ Perrin W. de Jong
Perrin W. de Jong